**Exhibit "1"**

| No. | IP | Port | HitDate (UTC) | Title |
|---|---|---|---|---|
| 1 | 138.210.250.131 | 63446 | 2020-01-11 08:46:14 | London Has Fallen |
| 2 | 138.210.255.132 | 55461 | 2020-02-07 22:08:45 | London Has Fallen |
| 3 | 144.163.100.223 | 50267 | 2020-03-07 21:25:22 | Angel Has Fallen |
| 4 | 144.163.108.102 | 6881 | 2020-03-17 02:57:11 | Kill Chain |
| 5 | 146.135.33.7 | 37131 | 2020-08-23 21:52:57 | Ava |
| 6 | 162.104.173.40 | 38762 | 2020-04-19 16:27:58 | Homefront |
| 7 | 162.104.177.127 | 64963 | 2020-05-15 01:15:52 | Angel Has Fallen |
| 8 | 162.104.188.196 | 62419 | 2020-09-20 20:13:35 | Status Update |
| 9 | 173.248.110.204 | 50914 | 2020-09-18 02:52:05 | Ava |
| 10 | 67.133.97.100 | 33277 | 2021-07-18 23:20:11 | Ava |
| 11 | 67.133.97.98 | 60386 | 2021-07-18 23:16:31 | Ava |
| 12 | 75.166.154.2 | 37321 | 2021-02-14 17:27:28 | Ava |
| 13 | 71.211.237.96 | 50321 | 2021-01-16 15:48:06 | Ava |