**Exhibit "2"**

**From:** notice@notices.copyrightmanagementservicesltd.com
**To:** DMCA@centurylink.com
**Cc:** ccbk@notices.copyrightmanagementservicesltd.com
**Subject:** Notice of Claimed Infringement [Case No. 40276021198]
**Date:** Sunday, January 12, 2020 12:15:17 AM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 40276021198
Notice Date: 2020-01-12 10:15:17

Dear Sir or Madam:

This message is sent on behalf of LHF Productions, Inc..

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

LHF Productions, Inc. owns the copyrights to the movie London Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: London Has Fallen
Infringing FileName: London Has Fallen 2016 1080p BluRay x264 DTS-JYK
Infringing FileSize: 2669558653
Infringer's IP Address: 138.210.250.131
Infringer's Port: 63446
Initial Infringement Timestamp: 2020-01-11 08:46:14

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing LHF Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of LHF Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of LHF Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Anna Reiter
Copyright Management Services Ltd.
notice@notice.copyrightmanagementservicesltd.com

Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>40276021198</ID>
</Case>
<Complainant>
<Entity>LHF Productions, Inc.</Entity>
<Contact>Anna Reiter</Contact>
<Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
<Email>notice@notices.copyrightmanagementservicesltd.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-01-11T08:46:14Z</TimeStamp>
<IP_Address>138.210.250.131</IP_Address>
<Port>63446</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>London Has Fallen</Title>
<FileName>London Has Fallen 2016 1080p BluRay x264 DTS-JYK</FileName>
<FileSize>2669558653</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">6B30D9F4FB05238053EA9201DDC079FF27923D59</Hash>
</Item>
</Content>
</Infringement>

**From:** notice@notices.copyrightmanagementservicesltd.com
**To:** DMCA@centurylink.com
**Cc:** ccbk@notices.copyrightmanagementservicesltd.com
**Subject:** Notice of Claimed Infringement [Case No. 40551732856]
**Date:** Saturday, February 8, 2020 12:22:36 AM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 40551732856
Notice Date: 2020-02-08 10:22:36

Dear Sir or Madam:

This message is sent on behalf of LHF Productions, Inc..

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

LHF Productions, Inc. owns the copyrights to the movie London Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: London Has Fallen
Infringing FileName: London Has Fallen 2016 1080p BluRay x264 DTS-JYK
Infringing FileSize: 2669558653
Infringer's IP Address: 138.210.255.132
Infringer's Port: 55461
Initial Infringement Timestamp: 2020-02-07 22:08:45

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing LHF Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of LHF Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of LHF Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
Copyright Management Services Ltd.
notice@notices.copyrightmanagementservicesltd.com

Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>40551732856</ID>
</Case>
<Complainant>
<Entity>LHF Productions, Inc.</Entity>
<Contact>Catherine Hyde</Contact>
<Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
<Email>notice@notices.copyrightmanagementservicesltd.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-02-07T22:08:45Z</TimeStamp>
<IP_Address>138.210.255.132</IP_Address>
<Port>55461</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>London Has Fallen</Title>
<FileName>London Has Fallen 2016 1080p BluRay x264 DTS-JYK</FileName>
<FileSize>2669558653</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">6B30D9F4FB05238053EA9201DDC079FF27923D59</Hash>
</Item>
</Content>
</Infringement>

**From:** notice@notices.copyrightmanagementservicesltd.com
**To:** DMCA@centurylink.com
**Cc:** ccbk@notices.copyrightmanagementservicesltd.com
**Subject:** Notice of Claimed Infringement [Case No. 40862147494]
**Date:** Sunday, March 8, 2020 12:20:39 AM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 40862147494
Notice Date: 2020-03-08 10:20:39

Dear Sir or Madam:

This message is sent on behalf of Fallen Productions, Inc..

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Fallen Productions, Inc. owns the copyrights to the movie Angel Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel.Has.Fallen.2019.1080p.WEBRip.x264-RARBG
Infringing FileSize: 2476560034
Infringer's IP Address: 144.163.100.223
Infringer's Port: 50267
Initial Infringement Timestamp: 2020-03-07 21:25:22

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Fallen Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Fallen Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Fallen Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
Copyright Management Services Ltd.
notice@notices.copyrightmanagementservicesltd.com

Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>40862147494</ID>
    </Case>
    <Complainant>
        <Entity>Fallen Productions, Inc.</Entity>
        <Contact>Catherine Hyde</Contact>
        <Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
        <Email>notice@notices.copyrightmanagementservicesltd.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2020-03-07T21:25:22Z</TimeStamp>
        <IP_Address>144.163.100.223</IP_Address>
        <Port>50267</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel.Has.Fallen.2019.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>2476560034</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">C41CD466A7A0536D55B2F05A97C68E8B774D351F</Hash>
        </Item>
    </Content>
</Infringement>
```

**From:** notice@notices.copyrightmanagementservicesltd.com
**To:** DMCA@centurylink.com
**Cc:** ccbk@notices.copyrightmanagementservicesltd.com
**Subject:** Notice of Claimed Infringement [Case No. 40960810358]
**Date:** Wednesday, March 18, 2020 1:40:58 AM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 40960810358
Notice Date: 2020-03-18 11:40:58

Dear Sir or Madam:

This message is sent on behalf of Killing Link Distribution, LLC.

Under penalty of perjury, I assert that Copyright Management Services, Ltd. (CMS) is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Killing Link Distribution, LLC owns the copyrights to the movie Kill Chain. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Kill Chain
Infringing FileName: Kill Chain (2019) [WEBRip] [720p] [YTS.LT]
Infringing FileSize: 850849491
Infringer's IP Address: 144.163.108.102
Infringer's Port: 6881
Initial Infringement Timestamp: 2020-03-17 02:57:11

And, you’re also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Killing Link Distribution, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Killing Link Distribution, LLC’s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Killing Link Distribution, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
Copyright Management Services Ltd.

notice@notices.copyrightmanagementservicesltd.com
Address:
43 Berkeley Square
London W1J 5AP
United Kingdom

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>40960810358</ID>
</Case>
<Complainant>
<Entity>Killing Link Distribution, LLC</Entity>
<Contact>Catherine Hyde</Contact>
<Address>43 Berkeley Square London W1J 5AP United Kingdom</Address>
<Email>notice@notices.copyrightmanagementservicesltd.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-03-17T02:57:11Z</TimeStamp>
<IP_Address>144.163.108.102</IP_Address>
<Port>6881</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Kill Chain</Title>
<FileName>Kill Chain (2019) [WEBRip] [720p] [YTS.LT]</FileName>
<FileSize>850849491</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">86F89341F0D1997AC775074B26CFA22B8C74E1B9</Hash>
</Item>
</Content>
</Infringement>

| | |
|---|---|
| **From:** | notice@dmcagateway.com |
| **To:** | DMCA@centurylink.com |
| **Bcc:** | bcc-us@dmcagateway.com |
| **Subject:** | Notice of Claimed Infringement [Case No. 41239469528] |
| **Date:** | Sunday, April 19, 2020 11:13:59 PM |
| **Attachments:** | GpgOL_original_OpenPGP_message.txt |

Notice of Claimed Infringement


Notice ID: 41239469528
Notice Date: 2020-04-20 09:13:59


Dear Sir or Madam:

This message is sent on behalf of Homefront Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Homefront Productions, Inc. owns the copyrights to the movie Homefront. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Homefront
Infringing FileName: Homefront (2013) [1080p]
Infringing FileSize: 1549435227
Infringer's IP Address: 162.104.173.40
Infringer's Port: 38762
Initial Infringement Timestamp: 2020-04-19 16:27:58

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Homefront Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Homefront Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Homefront Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
PML Process Management Ltd.

notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>41239469528</ID>
</Case>
<Complainant>
<Entity>Homefront Productions, Inc.</Entity>
<Contact>Catherine Hyde</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-04-19T16:27:58Z</TimeStamp>
<IP_Address>162.104.173.40</IP_Address>
<Port>38762</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Homefront</Title>
<FileName>Homefront (2013) [1080p]</FileName>
<FileSize>1549435227</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">32744E797CBCA3260DFE2BBCB2E4C7CB2A0957CE</Hash>
</Item>
</Content>
</Infringement>

| | |
|---|---|
| **From:** | notice@dmcagateway.com |
| **To:** | DMCA@centurylink.com |
| **Bcc:** | bcc-us@dmcagateway.com |
| **Subject:** | Notice of Claimed Infringement [Case No. 41494173668] |
| **Date:** | Friday, May 15, 2020 10:35:34 PM |
| **Attachments:** | GpgOL_original_OpenPGP_message.txt |

Notice of Claimed Infringement

Notice ID: 41494173668
Notice Date: 2020-05-16 08:35:34

Dear Sir or Madam:

This message is sent on behalf of Fallen Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Fallen Productions, Inc. owns the copyrights to the movie Angel Has Fallen. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Angel Has Fallen
Infringing FileName: Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]
Infringing FileSize: 2047369252
Infringer's IP Address: 162.104.177.127
Infringer's Port: 64963
Initial Infringement Timestamp: 2020-05-15 01:15:52

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Fallen Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law.  In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Fallen Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Fallen Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
PML Process Management Ltd.
notice@dmcagateway.com

Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>41494173668</ID>
    </Case>
    <Complainant>
        <Entity>Fallen Productions, Inc.</Entity>
        <Contact>Catherine Hyde</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2020-05-15T01:15:52Z</TimeStamp>
        <IP_Address>162.104.177.127</IP_Address>
        <Port>64963</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Angel Has Fallen</Title>
            <FileName>Angel Has Fallen (2019) [WEBRip] [1080p] [YTS.LT]</FileName>
            <FileSize>2047369252</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">1B07CBAC8CDB508B08F483641B6D784A7756F8F4</Hash>
        </Item>
    </Content>
</Infringement>
```

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 42484156792]
**Date:** Monday, August 24, 2020 1:46:42 AM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 42484156792
Notice Date: 2020-08-24 11:46:42

Dear Sir or Madam:

This message is sent on behalf of Eve Nevada, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Eve Nevada, LLC owns the copyrights to the movie Ava. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Ava
Infringing FileName: Ava.2020.1080p.WEBRip.x264-RARBG
Infringing FileSize: 1988125665
Infringer's IP Address: 146.135.33.7
Infringer's Port: 37131
Initial Infringement Timestamp: 2020-08-23 21:52:57

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Eve Nevada, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Eve Nevada, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Eve Nevada, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
PML Process Management Ltd.
notice@dmcagateway.com

Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

```
<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
    <Case>
        <ID>42484156792</ID>
    </Case>
    <Complainant>
        <Entity>Eve Nevada, LLC</Entity>
        <Contact>Catherine Hyde</Contact>
        <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
        <Email>notice@dmcagateway.com</Email>

    </Complainant>
    <Service_Provider>
        <Entity>CenturyLink</Entity>
        <Contact>Copyright Agent</Contact>
        <Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
        <Phone>913-397-3427</Phone>
        <Email>DMCA@centurylink.com</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2020-08-23T21:52:57Z</TimeStamp>
        <IP_Address>146.135.33.7</IP_Address>
        <Port>37131</Port>
        <Type>BitTorrent</Type>
    </Source>
    <Content>
        <Item>
            <Title>Ava</Title>
            <FileName>Ava.2020.1080p.WEBRip.x264-RARBG</FileName>
            <FileSize>1988125665</FileSize>
            <Type>Movie</Type>
            <Hash Type="SHA1">A16A3EFC72A87B15B786B5817BAD892D29187E71</Hash>
        </Item>
    </Content>
</Infringement>
```

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 42837477010]
**Date:** Friday, September 18, 2020 11:16:37 PM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 42837477010
Notice Date: 2020-09-19 09:16:37

Dear Sir or Madam:

This message is sent on behalf of Eve Nevada, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Eve Nevada, LLC owns the copyrights to the movie Ava. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Ava
Infringing FileName: Ava.2020.BDRip.XviD.AC3-EVO
Infringing FileSize: 1505479404
Infringer's IP Address: 173.248.110.204
Infringer's Port: 50914
Initial Infringement Timestamp: 2020-09-18 02:52:05

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Eve Nevada, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Eve Nevada, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Eve Nevada, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
PML Process Management Ltd.
notice@dmcagateway.com

Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>42837477010</ID>
</Case>
<Complainant>
<Entity>Eve Nevada, LLC</Entity>
<Contact>Catherine Hyde</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-09-18T02:52:05Z</TimeStamp>
<IP_Address>173.248.110.204</IP_Address>
<Port>50914</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Ava</Title>
<FileName>Ava.2020.BDRip.XviD.AC3-EVO</FileName>
<FileSize>1505479404</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">3772C67D5345AE5598AE0115568737292A841560</Hash>
</Item>
</Content>
</Infringement>

**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 42866506062]
**Date:** Sunday, September 20, 2020 10:00:52 PM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 42866506062
Notice Date: 2020-09-21 08:00:52

Dear Sir or Madam:

This message is sent on behalf of Status Update, LLC.

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Status Update, LLC owns the copyrights to the movie Status Update. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: Status Update
Infringing FileName: Status.Update.2018.HDRip.XviD.AC3-EVO[EtMovies]
Infringing FileSize: 1470696863
Infringer's IP Address: 162.104.188.196
Infringer's Port: 62419
Initial Infringement Timestamp: 2020-09-20 20:13:35

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Status Update, LLC copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Status Update, LLC's rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Status Update, LLC in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

Catherine Hyde
PML Process Management Ltd.
notice@dmcagateway.com

Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>42866506062</ID>
</Case>
<Complainant>
<Entity>Status Update, LLC</Entity>
<Contact>Catherine Hyde</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2020-09-20T20:13:35Z</TimeStamp>
<IP_Address>162.104.188.196</IP_Address>
<Port>62419</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>Status Update</Title>
<FileName>Status.Update.2018.HDRip.XviD.AC3-EVO[EtMovies]</FileName>
<FileSize>1470696863</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">58DFA63B3FABB7D63B07F28741D7217895646FC1</Hash>
</Item>
</Content>
</Infringement>